IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF JESSIE LEE WILLIAMS, JR., DECEASED**, by and through his next friend and legal representative, Terry Williams, Administrator of the Estate of Jessie Lee Williams, Jr. | § § § § § | **PLAINTIFF** |
| v. | § § § | **CIVIL ACTION NO. 1:09CV144-LG-RHW** |
| **CITY OF LONG BEACH, MISSISSIPPI** and **JASON CASE**, Long Beach Police Officer | § § § § | **DEFENDANTS** |

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

**BEFORE THE COURT** is the Motion for Voluntary Dismissal [3] filed by the plaintiff pursuant to Fed. R. Civ. P. 41. No process has been issued in this case, and neither of the defendants has made an appearance or filed an answer in this case. As a result, the Court finds that the Motion for Voluntary Dismissal should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Voluntary Dismissal is **GRANTED**. This lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 26th day of June, 2009.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge